UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Tamara Lanier</u>
   Plaintiff

     v.                                        Civil Action No. 19-10978-NMG

<u>President and Fellow of Harvard College et al</u>
   Defendant

**ORDER FOR REMAND**

<u>Gorton, DJ</u>

     In accordance with this Court's Order remanding this matter to the Middlesex Superior Court, it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Middlesex Superior Court for further proceedings.

BY THE COURT,

/s/ Leonardo T. Vieira

Deputy Clerk

DATED: July 10th, 2019